# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

SILVIA C. FARELAS, et al.

PLAINTIFF(S),

v.

ESTATE OF NOURI D. HIJAZI, et al.

DEFENDANT(S).

CASE NUMBER:

19−574

**NOTICE OF INTRA-DISTRICT TRANSFER BY CLERK OF COURT**

To: All Counsel Appearing of Record

    Due to clerical error, this case was improperly assigned to the __ Division of this District. Pursuant to General Order 16-05 this case is hereby transferred to the __ Division for all further proceedings.

X     Case was opened in the CM/ECF System by counsel, and provisionally assigned to a division of this Court. After review of the pleadings, pursuant to the General Orders of the Court, this case is hereby transferred to the  _Eastern_  Division.

    This case has been reassigned to case number  _5:19−cv−00176 JGB (SHKx)_  and has been assigned to  _Judge Jesus G. Bernal_  for all further proceedings.

    Any matters that are or may be referred to a Magistrate Judge are hereby assigned to  _Magistrate Judge Shashi H. Kewalramani_  for:

    X  any discovery and/or post-judgment matters that may be referred.

      for all proceedings in accordance with General Order 05-07.

    All subsequent documents filed must reflect the new case number and newly assigned District Judge's/Magistrate Judge's initials as follows:  _5:19−cv−00176 JGB (SHKx)_ . Unless documents are exempted from electronic filing, they must be filed electronically on the docket under the new case number.

    **Please be advised that no further filings may be made under case number  _19−574_ . Any such filings made after the date of entry of this Notice may not be reviewed or considered by the Court.**

    Clerk, U.S. District Court

    By:  _/s/ Geneva Hunt_
     _Geneva_Hunt@cacd.uscourts.gov_
    Deputy Clerk

*cc: Previously assigned Judge/Magistrate Judge; Deputy-In-Charge; Statistics Clerk*